USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/08

Bruce Sweeper
08A3474
Downstate Core Fac.
Box F
Fishkill, N.Y. 12524

August 27, 2008

HON. H. BAER JR.
United State's Courthouse
500 Pearl Street
New York, New York
10007

RE. Bruce Sweeper ~ Tavera. Et.
Southern District of New York

Dear, Hon. Baer,

Please, grant me a Waiver Right to
the Pre-Trial Hearing Conference on
September 18, 2008, because Plaintiff
Bruce Sweeper is Currently Incarcerated.

I Respectfully Also Request to File A
Amended Complaint.

Thank you for your Consideration In this Matter.

You may arrange w/ your counsel to appear by phone. You may file an amended complaint 30 days of this date 6/18/372

Respectfully,
Bruce Sweeper

C.C. Tavera, Ex. Al. 08cv6372

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
8/29/08

Endorsement:

    You may arrange with your counselor to appear by phone and you may file an amended complaint within 30 days of this date.